# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2722 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 70 DB 2020 |
| | : | |
| | : | Attorney Registration No. 39874 |
| v. | : | |
| | : | (Chester County) |
| | : | |
| WILLIAM H. LYNCH JR., | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2022, upon consideration of the Report and Recommendations of the Disciplinary Board, William H. Lynch, Jr. is suspended from the Bar of this Commonwealth for a period of three years. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).